[Civ. No. 671.    Third Appellate District.—December 27, 1909.]

## XAVIER FISHER, Respondent, v. WESTERN FUSE AND EXPLOSIVES COMPANY, Appellant.

Appeal from Order Denying New Trial — Motion to Dismiss Granted.—For the reasons set forth in case No. 672, *supra,* the motion to dismiss the appeal from the order denying defendant's motion for a new trial is granted.

MOTION to dismiss an appeal from an order of the Superior Court of Alameda County denying a new trial.    F. B. Ogden, Judge.

The facts pertaining to the motion are the same as are stated in the case numbered 672, *supra.*

G. R. Lukens, for Appellant.

Reed & Nusbaumer, M. C. Chapman, A. A. Moore, and Stanley Moore, for Respondent.

CHIPMAN, P. J.—For the reasons given in the opinion, in the above-entitled case, in number 672, *ante,* p. 299, [107 Pac. 332], this day decided, the motion to dismiss the appeal from the order denying defendant's motion for a new trial is granted.

Hart, J., and Burnett, J., concurred.